RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE _7,23,07_

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| SCOTTY ROMERO AND CORI BOIN | CIVIL ACTION 05-1781 |
| VERSUS | CHIEF JUDGE HAIK |
| APACHE CORPORATION AND ISLAND OPERATING COMPANY, INC. | MAGISTRATE JUDGE HILL |

## JUDGMENT OF DISMISSAL

Considering the Motion for Summary Judgment filed by Island Operating Company, Inc. (Doc. #50) and there being no opposition filed thereto:

It is hereby **ORDERED, ADJUDGED and DECREED** that this action filed by Scotty Romero against Island Operating Company, Inc. Be and is hereby dismissed with prejudice.

Pursuant to Rule 54(b), this dismissal is a final judgment as to Island Operating Company, Inc. And it is the express determination and direction of the Court that there is no just reason to delay the finality of this dismissal as to Island Operating Company, Inc.

**THUS DONE** and **SIGNED** on this 23rd day of July, 2007 in Lafayette, Louisiana.

CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA