RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 9/29/09
GB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| SCOTTY ROMERO, ET AL | CIVIL ACTION 05-1781 |
| VERSUS | JUDGE HAIK |
| APACHE CORPORATION, ET AL | MAGISTRATE JUDGE HILL |

# JUDGMENT OF DISMISSAL

The Court has been notified that the parties have settled the remaining issues in the above captioned matter. As such, this case is **DISMISSED WITH PREJUDICE**, each to bear costs as agreed to by the parties.

Additionally, any pending motions are **MOOT** and should be terminated in the Court's record by the Clerk of Court.

**THUS DONE** and **SIGNED** on this 28th day of September, 2009.

R.T. Haik

RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA